# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Vann, | No. CV 11-0469-TUC-JGZ (BPV) |
| Petitioner, | **ORDER** |
| vs. | |
| Keith Hartsuck, et al., | |
| Respondents. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Bernardo P. Velasco recommending dismissal of the Petition as moot. (Doc. 18.)

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Velasco's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Velasco's Report and Recommendation (Doc. 18) is accepted and adopted.

(2) Petitioner's §2254 habeas petition (Doc. 6) is dismissed as moot.

(3) A Certificate of Appealability is denied and shall not issue.

1    (4) The Clerk of the Court shall enter judgment accordingly and close the file in this
2 matter.

4    Dated this 23rd day of October, 2012.

*Jennifer Zipps*
Jennifer G. Zipps
United States District Judge